IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ERIC BROWN, <br> Individually and as Administrator <br> Of the ESTATE OF LORETTA LEWIS, <br> <br> Plaintiff, <br> <br> vs. <br> <br> MEDSCOPE AMERICA <br> CORPORATION, and <br> AVANTGUARD MONITORING <br> CENTERS, LLC <br> <br> Defendants. | CIVIL ACTION FILE NO.: <br> 4:21-cv-00071-CDL |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Eric Brown, Individually and as Administrator of the Estate of Loretta Lewis, and provides this Notice of Settlement with Defendants MedScope America Corporation ("MedScope") and AvantGuard Monitoring Centers, LLC ("AvantGuard"). The Parties have agreed to a resolution of this case in its entirety. This case should be removed from the March 2024 trial calendar. Plaintiff will file a formal notice of dismissal.

Respectfully submitted, this 26th day of February, 2024.

**CHARLES A. GOWER, P.C.**

*/s/ Charlie Gower*
Charles A. Gower
charlie@cagower.com
Georgia Bar No. 303500
Miranda J. Brash
miranda@cagower.com
Georgia Bar No. 475203
Shaun O'Hara
shaun@cagower.com
Georgia Bar No. 749503

1

**CERTIFICATE OF SERVICE**

This certifies that I have this day served the foregoing PLAINTIFF'S NOTICE OF SETTLEMENT on all counsel of record via the Court's CM/ECF system as follows:

Bendin Sumrall & Ladner, LLC
Carrie Moss
cmoss@bsllaw.net
David Hayes
dhayes@bsllaw.net
Diamond T. Brown
dbrown@bsllaw.net

Hall Booth Smith, P.C.
Robert C. Martin
rcm@hallboothsmith.com

*Counsel for Defendant MedScope America Corporation*

Freeman Mathis & Gary, LLP
Jill R. Dunn
jdunn@fmglaw.com
Matthew N. Foree
mforee@fmglaw.com

The Wright Legal Group, LLC
Katonga L. Wright
Katonga.wrightlegal@gmail.com

*Counsel for AvantGuard Monitoring Centers, LLC*

This 26th day of February, 2024.

/s/ *Charlie Gower*
Charles A. Gower
charlie@cagower.com
Georgia Bar No. 303500